AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)      ☐ Original  ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

| LODGED |
| CLERK, U.S. DISTRICT COURT |
| 09/15/2021 |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY: DM DEPUTY |

for the

Central District of California

| FILED |
| CLERK, U.S. DISTRICT COURT |
| SEP 1 5 2021 |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY ___ DEPUTY |

United States of America

v.

GHEORGHE DUMITRU and
MARIA DUMITRU,

Defendant(s)

Case No. 2:21-mj-04279

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

As described in the accompanying attachment, defendant violated the following statutes:

| *Code Section* | *Offense Description* |
| 18 U.S.C. §§ 1344, 1349, 1028A | Conspiracy to Commit Bank Fraud, Aggravated Identity Theft |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

*/s Rene Persaud*
_____
*Complainant's signature*

Rene Persaud, Special Agent
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  9/15/2021

_____
*Judge's signature*

City and state:  Los Angeles, California

Hon. Jacqueline Chooljian, U.S. Magistrate Judge
_____
*Printed name and title*

AUSA Andrew Brown, 11th Floor, x0102

**Complaint Attachment**

<u>Count One, 18 U.S.C. § 1349</u>

Beginning on an unknown date, and continuing through at least September 13, 2021, in Los Angeles County, within the Central District of California, and elsewhere, defendants GHEORGHE DUMITRU and MARIA DUMITRU, and others, conspired to commit bank fraud, in violation of Title 18, United States Code, Section 1344.  The object of the conspiracy was carried out, and to be carried out, in substance, as follows:   Defendants GHEORGHE and MARIA would secretly install skimming devices in ATMs to record the account information of bank customers, and would then counterfeit debit and credit cards bearing that information.  Defendants GHEORGHE and MARIA and their co-conspirators would use the counterfeit cards to withdraw funds in the names of those victims of identity theft, and would share the proceeds and send them abroad.  Federally-insured financial institutions defrauded as a result of this conspiracy include Bank of America.

<u>Count Two, 18 U.S.C. § 1028A</u>

Beginning on an unknown date, and continuing through at least September 13, 2021, in Los Angeles County, within the Central District of California, and elsewhere, defendants GHEORGHE DUMITRU and MARIA DUMITRU knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person during and in relation to a felony violation of Title 18, United States Code, Section 1349, Conspiracy to Commit Bank Fraud, as charged in Count One, knowing that the means of identification belonged to another actual person.

### AFFIDAVIT

I, Rene Persaud being duly sworn, declare and state as follows:

### I.    INTRODUCTION

1.    I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), and have been so employed since September 2018.  Prior to becoming a SA, I worked for the FBI's Special Surveillance Group for approximately four years.  Prior to joining the FBI, I was a Deputy Sheriff for the Hillsborough County (Florida) Sheriff's Office for approximately three years.

2.    I have participated in various aspects of criminal enterprise investigations, including but not limited to, conducting surveillance and arrests, issuing subpoenas, seizing and impounding drug evidence, social media analysis, and the analysis of telephone tolls and other data.  Additionally, I have interviewed and/or debriefed confidential informants and other witnesses who have had knowledge regarding the investigations in which I have been involved. I have also authored, sworn out, and executed multiple search warrants for various entities, including but not limited to, internet service providers, social media companies, GPS tracking units, and physical residences/businesses.

### II.   PURPOSE OF AFFIDAVIT: COMPLAINT AND SEARCH AND SEIZURE WARRANTS

3.    This affidavit is made in support of a complaint against GHEORGHE DUMITRU ("GHEORGHE") and MARIA DUMITRU ("MARIA") for conspiracy to commit bank fraud, and aggravated identity theft, in violation of Title 18, United States Code, Sections 1344, 1349, and 1028A, for running an ATM skimming crew.

4.    This affidavit is also made in support of search warrants for the residence and storage unit used by the DUMITRUS for evidence

1  of conspiracy to commit bank fraud, conspiracy to launder money, and

2  aggravated identity theft, in violation of Title 18, United States

3  Code, Sections 1344, 1349, 1956, and 1028A, as described in

4  Attachment B, which is incorporated by reference.

5      5.    Finally this affidavit is made in support of a seizure

6  warrant for a BLACK 2018 MERCEDES AMG CONVERTIBLE, CALIFORNIA PLATE

7  8WUP872, VIN WDDYK8AA4JA019302 (the "DUMITRU MERCEDES").

8      6.    The information set forth in this affidavit is based upon

9  my participation in the investigation, encompassing my personal

10 knowledge, observations and experience, as well as information

11 obtained through my review of evidence, investigative reports, and

12 information provided by others, including other law enforcement

13 partners. As this affidavit is being submitted for the limited

14 purpose of securing the requested warrants, I have not included each

15 and every fact known to me concerning this investigation. I have set

16 forth only the facts that I believe are necessary to establish

17 probable cause for the requested warrants.

18                    **III. PREMISES TO BE SEARCHED**

19     7.    The premises to be searched (collectively, the "SUBJECT

20 PREMISES") are a residence and storage unit rented by GHEORGHE and

21 MARIA, namely:

22          a.    DALE STREET STORAGE, 6000 DALE STREET, UNIT #581,

23 BUENA PARK, CA (the "STORAGE UNIT"), described more fully in

24 attachment A, which is incorporated by reference.

25          b.    2460 NEWPORT BOULEVARD, UNIT A, COSTA MESA, CA (the

26 "DUMITRU TOWNHOUSE") described more fully in attachment A, which is

27 incorporated by reference.

28

## IV.   STATEMENT OF PROBABLE CAUSE

**A.   Summary and Background of Investigation**

8.   According to information provided by Romanian and Mexican law enforcement, GHEORGHE is the head of a Romanian, Balkan Organized Crime group (BOCG) operating in the United States, Mexico, and Romania. The primary criminal violations committed by the DUMITRU BOCG are Aggravated Identity Theft, Access Device/Bank Fraud, Wire Fraud and Money Laundering. The DUMITRU BOCG is focused on ATM skimming.  The group manages the installation of the skimming devices in ATM card readers, stealing customer credit card numbers, PIN numbers, and fraudulently withdrawing cash from victim customer accounts.  Following the commission of these acts, law enforcement suspects that the offenders engage in an elaborate money laundering scheme where the profits of this fraud are sent back to western Europe via unknown means. Members of the DUMITRU BOCG then smuggle the cash proceeds to a restaurant owned by GHEORGHE's family in Craiova, Romania. Romanian law enforcement has an ongoing parallel investigation into the money laundering angle of the investigation.

9.   This DUMITRU BOCG has stolen thousands of credit card numbers from bank customers and defrauded the United States and Mexican banking system out of millions of dollars.

**Southern California Conspiracy**

10.   GHEORGHE and MARIA currently reside in Costa Mesa, California, but they often travel to various areas within San Bernardino County, San Diego County, and Los Angeles County to conduct skimming activity. GHEORGHE also has an extensive history of conducting skimming activity in Mexico when he was associated with

Florian Tudor and the Riviera Maya Gang[1]. According to an Interpol Red Notice filed by Mexican law enforcement officials, GHEORGHE conducted skimming activity in the following locations in 2017: Mexico City, Quintana Roo, Yucatan, State of Mexico, and Hidalgo.

11.   According to intelligence provided by Romanian law enforcement, it is common for juveniles to be utilized to conduct skimming activity due to the reduced criminal penalties that juveniles are subjected to if caught.

12.   The criminal conspiracy is also very profitable. This is corroborated by regular posts on public Facebook accounts that documents a lavish lifestyle that includes vacations to Las Vegas, San Diego, and various locations in Europe as well as purchasing reserved areas at nightclubs and driving expensive vehicles. This is also corroborated by observations made by the San Diego Police Department who have seen GHEORGHE driving a BLACK MERCEDES AMG CONVERTIBLE sedan bearing California License Plate 8WUP872 (the DUMITRU MERCEDES).

**B.    Explanation of Access Device Fraud Scheme**

13.   Based on my training and experience in investigating fraudulent schemes of this nature, I know the following about Access Device Fraud: ATM skimming devices are manually installed at walk-up or drive-thru ATM terminals. The card readers are surreptitiously inserted into the ATM card slots, and are often thin enough to go

---

[1] Florian Tudor is a Romanian national who is alleged to be the head of the Riviera Maya Gang. This organization has been investigated by the FBI and Mexican law enforcement in conjunction with ATM skimming activity. The organization is alleged to have stolen billions of dollars via ATM skimming. Florian Tudor was arrested by Mexican law enforcement on May 27, 2021 on a Romanian extradition request to face charges of attempted murder, organized crime, and extortion.

unnoticed to a lay person using an ATM. In addition to the card reader, another device is installed to obtain the PIN number. This device is often a covert camera that captures customers entering their PIN number.

14.   An ATM skimming device is installed for a specified period of time after which the subjects who installed the device will return to the ATM and remove it. Once the device is removed, the customer credit card numbers and PIN numbers are retrieved from the device. The card numbers are then loaded on to blank cards so the perpetrators can travel to ATMs and fraudulently withdraw funds from victim customer accounts.

15.   According to information provided by financial institutions and various law enforcement agencies, it appears that the main target of the DUMITRU BOCG skimming scheme are pre-paid debit cards issued by Bank of America on behalf of the State of California Employment Development Department (EDD). These cards are targeted because they are easier to exploit than traditional chip-protected ATM debit cards.

C.   **ATM and Physical Surveillance Capture Members of the BOCG Conducting Skimming Activity**

**Skimming Activity of GHEORGHE and MARIA.**

16.   Victim financial institutions, local police departments, and physical surveillance have captured photos and video footage showing approximately 3,355 separate instances in which GHEORGHE, MARIA, and/or multiple juveniles were captured installing/removing skimmers, attempting to install/remove skimmers, and/or making or attempting to make unauthorized cash withdrawals from ATMs in southern California. At least 184 customer accounts have been

1  compromised as a result of this activity between June 1, 2021 and
2  August 27, 2021 according to bank records. I have personally reviewed
3  many photos of GHEORGHE and MARIA to include passport photos and
4  social media posts. I have also conducted surveillance operations
5  targeting GHEORGHE and MARIA on multiple occasions. Based on these
6  observations, I can confirm that GHEORGHE and MARIA are the
7  individuals depicted in many of the photos and video surveillance
8  provided from financial institutions and local law enforcement.

9      17.  In these photographs, GHEORGHE is seen with a tattoo on his
10  arm with the word "LORDES". He is also seen wearing clothing
11  including a black polo with a large white Under Armor logo on the
12  back and a white collar, an orange Nike hooded sweatshirt, a black
13  hat with the words "all day I dream about sneakers", and a gray hat
14  with black Under Armor logo. MARIA is wearing various multi-color
15  ankle-length skirts, and a light green hooded sweatshirt.

16  **San Diego Police Department Identifies Skimming Incidents**

17      18.  In July 2021, San Diego Police Department (SDPD) Sergeant
18  Luke Johnson contacted me regarding ATM Skimming incidents in the San
19  Diego area. Sergeant Johnson provided still photos from ATM
20  surveillance of various skimming incidents for me to review. I was
21  able to positively identify GHEORGHE and MARIA in multiple incidents.
22  Sergeant Johnson informed me that he was working with the Bank of
23  America Fraud Analytics team to determine a loss total associated
24  with these skimming incidents.

25  **Physical Surveillance in Costa Mesa, California**

26      19.  SDPD Detective Chris Haughey informed me that GHEORGHE
27  relocated to the area of 2460 NEWPORT BOULEVARD, COSTA MESA, CA. On
28  or about August 23, 2021, I traveled to this address, and I observed

1  MARIA exiting the driver's seat of a white Toyota Sienna Van bearing
2  California License Plate 8TQC670 then entering 2460 NEWPORT BOULEVARD
3  UNIT A, COSTA MESA, CA (the DUMITRU TOWNHOUSE).

4      20.  On or about August 24, 2021, I located Toyota Sienna Van
5  parked and unoccupied in the parking lot of 1150 Irvine Avenue,
6  Newport Beach, CA. I observed MARIA and a female juvenile returning
7  to Toyota Sienna Van on foot from the direction of the Bank of
8  America branch located at 1016 Irvine Avenue, Newport Beach, CA.
9  During the course of this physical surveillance, I observed MARIA and
10 the female juvenile drive to a financial institution in Orange
11 County.  Specifically, MARIA and the female juvenile were observed
12 withdrawing or attempting to withdraw funds from Bank of America, 548
13 West 19th Street, Costa Mesa, CA.

14     21.  At this location, MARIA and the female juvenile were
15 observed using multiple cards to withdraw or attempt to withdraw
16 funds the ATM for approximately 20 minutes.

17     22.  Bank of America provided records regarding this incident.
18 It was determined that 12 Bank of America cards were compromised, and
19 funds were unlawfully withdrawn from one card totaling approximately
20 $300.

21     23.  On or about August 25, 2021, I located Toyota Sienna Van
22 parked and unoccupied in front of 2460 NEWPORT BOULEVARD UNIT A,
23 COSTA MESA, CA (the DUMITRU TOWNHOUSE). At approximately 11:27 AM, I
24 observed GHEORGHE enter Toyota Sienna Van alone and depart the area.

25 **Bank of America Conducts Loss Analysis**

26     24.  On August 27, 2021, I spoke to Jesse Orozco from the Bank
27 of America Fraud Analytics team. Orozco performed an analysis of ATM
28 skimming incidents where GHEORGHE and MARIA were captured on ATM

surveillance cameras. Based on this analysis, Orozco was able to identify thousands of attempts by GHEORGHE, MARIA, and multiple juveniles attempting to make or successfully making unauthorized cash withdrawals. Orozco identified 76 locations between June 1, 2021 and August 23, 2021 where GHEORGHE and MARIA attempted or successfully executed their fraud:

     a.   3650 GRAND AVE, CHINO HILLS, CA

     b.   339 YALE AVE, CLAREMONT, CA

     c.   406 N EUCLID ST, ANAHEIM, CA

     d.   2101 N HARBOR BLVD, FULLERTON, CA

     e.   13952 BROOKHURST ST, GARDEN GROVE, CA

     f.   4100 CHINO HILLS PKWY, CHINO HILLS, CA

     g.   945 S BROOKHURST ST, ANAHEIM, CA

     h.   30187 ANTELOPE RD, MENIFEE, CA

     i.   3150 CASE RD BLDG G, PERRIS, CA

     j.   645 BEYER WAY, SAN DIEGO, CA

     k.   455 ISLAND AVE, SAN DIEGO, CA

     l.   235 E 8TH ST, NATIONAL CITY, CA

     m.   1302 PLAZA BLVD, NATIONAL CITY, CA

     n.   23781 WASHINGTON AVE, MURRIETA, CA

     o.   39168 WINCHESTER RD, MURRIETA, CA

     p.   30530 RANCHO CALIFORNIA RD, TEMECULA, CA

     q.   39398 LOS ALAMOS RD, MURRIETA, CA

     r.   4166 EL CAJON BLVD, SAN DIEGO, CA

     s.   3582 NATIONAL AVE, SAN DIEGO, CA

     t.   6929 LINDA VISTA RD, SAN DIEGO, CA

     u.   6348 COLLEGE GROVE WAY, SAN DIEGO, CA

     v.   295 E ST, CHULA VISTA, CA

| | | |
|---|---|---|
| 1 | w. | 4420 BONITA RD, BONITA, CA |
| 2 | x. | 1407 MAIN ST, RAMONA, CA |
| 3 | y. | 1548 E H ST, CHULA VISTA, CA |
| 4 | z. | 801 3RD AVE, CHULA VISTA, CA |
| 5 | aa. | 3101 UNIVERSITY AVE, SAN DIEGO, CA |
| 6 | bb. | 648 PALOMAR ST, CHULA VISTA, CA |
| 7 | cc. | 8949 CLAIREMONT MESA BLVD, SAN DIEGO, CA |
| 8 | dd. | 1775 CAMINO DE LA REINA, SAN DIEGO, CA |
| 9 | ee. | 4380 LA JOLLA VILLAGE DR, SAN DIEGO, CA |
| 10 | ff. | 11855 CARMEL MOUNTAIN RD, SAN DIEGO, CA |
| 11 | gg. | 5500 GROSSMONT CENTER DR, LA MESA, CA |
| 12 | hh. | 9711 MISSION GORGE RD, SANTEE, CA |
| 13 | ii. | 3208 GOVERNOR DR, SAN DIEGO, CA |
| 14 | jj. | 6351 E SPRING ST, LONG BEACH, CA |
| 15 | kk. | 9460 SCRANTON RD, SAN DIEGO, CA |
| 16 | ll. | 4002 CLAIREMONT MESA BLVD, SAN DIEGO, CA |
| 17 | mm. | 5851 BALBOA AVE, SAN DIEGO, CA |
| 18 | nn. | 13205 BLACK MOUNTAIN RD, SAN DIEGO, CA |
| 19 | oo. | 7680 GIRARD AVE, LA JOLLA, CA |
| 20 | pp. | 912 GARNET AVE, SAN DIEGO, CA |
| 21 | qq. | 1774 C GARNET AVE, SAN DIEGO, CA |
| 22 | rr. | 1962 XIMENO AVE, LONG BEACH, CA |
| 23 | ss. | 10531 SCRIPPS POWAY PKWY, SAN DIEGO, CA |
| 24 | tt. | 737 UNIVERSITY AVE, SAN DIEGO, CA |
| 25 | uu. | 5120 COLLEGE AVE STE 123, SAN DIEGO, CA |
| 26 | vv. | 4373 UNIVERSITY AVE, SAN DIEGO, CA |
| 27 | ww. | 1818 S EUCLID ST, ANAHEIM, CA |
| 28 | xx. | 12051 EUCLID ST, GARDEN GROVE, CA |

1       yy.  5175 LINDA VISTA RD STE 102, SAN DIEGO, CA

2       zz.  3619 MIDWAY DR, SAN DIEGO, CA

3       aaa. 3503A SPORTS ARENA BLVD, SAN DIEGO, CA

4       bbb. 3505A SPORTS ARENA BLVD, SAN DIEGO, CA

5       ccc. 4976 NEWPORT AVE, SAN DIEGO, CA

6       ddd. 1640 CAMINO DEL RIO N, SAN DIEGO, CA

7       eee. 7878 IMPERIAL HWY, DOWNEY, CA

8       fff. 13415 TELEGRAPH RD, WHITTIER, CA

9       ggg. 6501 MISSION GORGE RD, SAN DIEGO, CA

10      hhh. 5531 LA PALMA AVE, LA PALMA, CA

11      iii. 17445 BELLFLOWER BLVD, BELLFLOWER, CA

12      jjj. 4705 SILVA ST, LAKEWOOD, CA

13      kkk. 13905 PIONEER BLVD, NORWALK, CA

14      lll. 675 B ST, SAN DIEGO, CA

15      mmm. 14 3RD AVE, CHULA VISTA, CA

16      nnn. 655 W BROADWAY, SAN DIEGO, CA

17      ooo. 5541 SEPULVEDA BLVD, CULVER CITY, CA

18      ppp. 2701 HARBOR BLVD STE C2, COSTA MESA, CA

19      qqq. 3535 DEL MAR HEIGHTS RD, SAN DIEGO, CA

20      rrr. 8813 VILLA LA JOLLA DR, LA JOLLA, CA

21      sss. 3099 LEMON GROVE AVE, LEMON GROVE, CA

22      ttt. 4101 MACARTHUR BLVD, NEWPORT BEACH, CA

23      uuu. 1016 IRVINE AVE, NEWPORT BEACH, CA

24      vvv. 548 W 19TH ST, COSTA MESA, CA

25      www. 2240 N BELLFLOWER BLVD, LONG BEACH, CA

26      xxx. 981 E SPRING ST, SIGNAL HILL, CA

27     25.  I reviewed hundreds of photos from ATM cameras capturing

28 these several of these incidents. Based on these photos, I was able

to positively identify GHEORGHE, MARIA, and multiple juveniles using multiple cards to withdraw or attempt to withdraw funds at each ATM, or installing or attempting to install/remove an ATM skimming devices at each ATM.

26. Bank of America provided records regarding this incident. It was determined that 184 Bank of America cards were compromised, and funds were unlawfully withdrawn from all of these cards totaling approximately $144,310 as of August 27, 2021.

**D.   Members of BOCG have a History of Bank Fraud and Skimming Mexico Issues Red Notice for GHEORGHE**

27. In addition to coordinating/conducting fraud activity in the United States, GHEORGHE participated in significant criminal activity in Mexico. On June 22, 2021, INTERPOL issued a Red Notice for DUMITRU based on crimes committed in Mexico.

28. Specifically, the Red Notice charges that GHEORGHE "together with others in a criminal association, were captured in photographs illegally using cards reported by a Banking Institution, in ATMs, causing a bankruptcy for several million of Mexican pesos. These people are considered part of a band whose main activity is to obtain, illicitly cash through ATMs of banking institutions, making changes to the slots and keyboards of said ATMs, transfers and authorizations for withdrawing money from ATMs, as well as emptying ATMs with cards cloned."

29. The Red Notice also states that these incidents occurred "between March 15 and 16, 2017, with twelve numbers of cards belonging to another banking institution, five thousand one hundred seventy-five improper operations of disposition of cash at ATMs

1   located in Mexico City, Quintana Roo, Yucatán, Estado de México and
2   Hidalgo."

3       30.   These crimes were committed when GHEORGHE worked with
4   Florian Tudor and the Riviera Maya Gang in Mexico. This is
5   corroborated by numerous Facebook and Instagram posts on GHEORGHE's
6   accounts geotagging him in Mexico between 2019 and 2021. On or about
7   May 27, 2021, Florian Tudor was by Mexican law enforcement officials.
8   Following Tudor's arrest, GHEORGHE began posting photos exclusively
9   from southern California and other areas within the western United
10  States.

11      **E.   Members of the BOCG Have Been Convicted of Fraud**
12  **GHEORGHE DUMITRU**

13      31.   GHEORGHE was arrested on February 12, 2015 by the
14  Department of Homeland Security (HSI) and was charged with Title 18
15  USC 1349 (Conspiracy to Commit Bank Fraud). GHEORGHE was convicted
16  and sentenced to 12 months and one day in prison.

17  **MARIA DUMITRU**

18      32.   MARIA was arrested on July 27, 2012 by the Okeechobee
19  County Sheriff's Office and charged with Florida State Statute 810.02
20  (Burglary of an Occupied Dwelling), 812.014 (Grand Theft under
21  $5,000), 843.02 (Resisting an Officer Without Violence). MARIA was
22  convicted on December 6, 2012 and sentenced to six months in jail.

23      **F.   Members of the BOCG are Illegally Residing in the United
            States**
24
25  **GHEORGHE DUMITRU**

26      33.   According to immigration records, in December 2012,
27  GHEORGHE attempted to enter the United States from Cancun, Mexico via
28  the Miami, FL port of entry on a B1/B2 visa. GHEORGHE was deemed

1   inadmissible and withdrew his application for entry. In August 2013,

2   GHEORGHE was encountered while in custody for local charges in New

3   York City. During this encounter, it was determined that GHEORGHE

4   entered the United States without passing through a port of entry.

5   GHEORGHE posted an immigration bond and was released from ICE

6   custody. In May 2016, following a prison sentence, GHEORGHE was

7   removed to Romania via Atlanta, GA. There is still no record of

8   GHEORGHE's re-entry into the United States following his 2016

9   removal, so he appears to have been smuggled back into the U.S.

10   again.

11   **MARIA DUMITRU**

12       34. According to immigration records, in September 2011, MARIA

13   illegally entered the United States by crossing over the Rio Grande

14   River near Brownsville, Texas, bypassing ports of entry. In May 2013,

15   MARIA was removed to Romania via Miami, FL. In January 2014, MARIA

16   was once again removed to Romania via New York, NY. There is still no

17   record of MARIA's re-entry into the United States following her 2014

18   removal, so she appears to have been smuggled back into the U.S.

19   again.

20       **G.**   **September 2021 Arrest in San Diego and Storage Unit**
             **Discovery**

21

22       35. On September 13, 2021, Sergeant Luke Johnson of the San

23   Diego Police Department informed me that GHEORGHE and MARIA were

24   arrested while conducting unauthorized cash withdrawals with cloned

25   debit cards at a Bank of America ATM located at 1775 Camino de la

26   Reina, San Diego, CA. MARIA admitted using counterfeit cards, but

27   claimed it was her first time in San Diego. GHEORGHE provided a

28   false name and a home address—6061 Stanton Ave, Buena Park—that is

1 | different from the one he has been surveilled at staying overnight.

2 | Upon a search incident to arrest, Officers discovered approximately

3 | 75 cloned credit cards, two cellular telephones, and a business card

4 | to "DALE STREET STORAGE" located at 6000 DALE STREET, Suite 101,

5 | BUENA PARK, CA.

6 | 36.   On September 13, 2021, FBI SA Trevor Twitchell traveled to

7 | DALE STREET STORAGE and learned from business records that a "MONICA

8 | DUMITRU" rented Unit #581 (the STORAGE UNIT). On September 14, 2021,

9 | the manager of DALE STREET STORAGE provided me with a Washington

10 | State driver's license belonging to "Monica DUMITRU" and surveillance

11 | photos of a woman claiming to be "Monica DUMITRU" paying the monthly

12 | rent in cash on September 13, 2021.

13 | 37.   I reviewed the Washington State driver's license and

14 | recognized the photo as that of MARIA. This is corroborated by my

15 | knowledge of the investigation, where I have personally reviewed many

16 | photos of MARIA to include passport photos and social media posts.

17 | This is also corroborated by information provided by Romanian law

18 | enforcement that positively identifies the photo of "Monica DUMITRU"

19 | as "MARIA DUMITRU, DOB [redacted], 1987, ROMANIAN NUMERICAL PERSONAL

20 | CODE CNP 2870729160116"[2].

21 | 38.   I also reviewed the surveillance photos of the woman

22 | claiming to be "Monica DUMITRU" paying the monthly rent in cash on

23 | September 13, 2021. I recognized this woman as one of the juvenile

24 |

25 |

26 | [2] In Romania each citizen has a Numerical Personal Code (Cod Numeric Personal – CNP), which is created by using the citizen's gender and century of birth (1/3/5/7 for male, 2/4/6/8 for female and

27 | 9 for foreign citizen), date of birth (encoded in six digits), the country zone (encoded on 2 digits, from 1 to 52 or 99), followed by a

28 | serial number (encoded on 3 digits) and a checksum (encoded on one digit) Ex: GYYMMDDCCNNNC.

14

1  females in multiple ATM skimming incidents captured by Bank of
2  America ATM surveillance cameras.

3  **H.   GHEORGHE and MARIA Reside at the DUMITRU TOWNHOUSE**

4  39.  I have seen vehicles associated with GHEORGHE and MARIA
5  parked directly in front of 2460 NEWPORT BOULEVARD, UNIT A (the
6  DUMITRU TOWNHOUSE) on four different occasions between August 21,
7  2021 and September 2, 2021, and as recently as September 2, 2021.
8  These vehicles are associated with GHEORGHE and MARIA because
9  surveillance teams had earlier seen GHEORGHE, MARIA, and a male
10 juvenile captured by Bank of America ATM surveillance cameras in
11 multiple ATM skimming incidents driving the vehicles. On August 21,
12 2021, I observed MARIA exit the Toyota Sienna Van and enter the
13 DUMITRU TOWNHOUSE. On August 27, 2021, I observed GHEORGHE exit the
14 DUMITRU TOWNHOUSE and depart in the Toyota Sienna Van. On September
15 2, 2021, I observed the male juvenile involved in the ATM skimming
16 exit the DUMITRU TOWNHOUSE and depart in the DUMITRU MERCEDES.

17 40.  As a part of a parallel investigation into ATM skimming
18 activity in the San Diego area by the San Diego Police Department,
19 the Honorable Judge Yvonne Esperanza Campos signed a state search
20 warrant for a GPS tracking device on August 6, 2021. Sergeant Luke
21 Johnson informed me that the data obtained from this search warrant
22 indicated that the Toyota Sienna Van was parked overnight in the
23 vicinity of 2460 NEWPORT BOULEVARD UNIT A, COSTA MESA, CA nearly
24 every night since I discovered the vehicle at this location on August
25 21, 2021.

26 **I.   GHEORGHE Is the True Owner of the DUMITRU MERCEDES**

27 41.  As described above, surveillance officers have seen
28 GHEORGHE driving the DUMITRU MERCEDES around San Diego and by the

DUMITRU TOWNHOUSE, and GHEORGHE has included the DUMITRU MERCEDES on his facebook page.  It is registered, however, under the name "Ionut Romeo," one of GHEORGHE's alias.  First, I cannot locate "Ionut Romeo" using law enforcement and other databases, suggesting that that person does not actually exist here.  Second, the registered address for the DUMITRU MERCEDES--6061 Stanton Ave, Buena Park--is identical to the false address GHEORGHE provided to the San Diego Police when he was arrested there in September, 2021.  Third, GHEORGHE told the San Diego Police then that he was "Ionut Romeo," and had a fake identification card in that name.

### Training and Experience Regarding Fraud:

42.  Individuals involved in identity theft schemes like this one must keep evidence of their schemes, such contact information for their co-conspirators, lists of victim information and accounts used in the scheme, simply to keep the scheme going. Much of this evidence is now stored on digital devices such as computers and smartphones.

43.  Generally, perpetrators of skimming and identity theft schemes maintain this evidence where is close at hand and safe, such as in their residences, automobiles, and, especially with smartphones, on their person. For larger or more sophisticated frauds, participants often attempt to distance themselves from some of the incriminating evidence by renting public storage units or safety deposit boxes where they often keep the items they will not need immediate access to.

44.  Information received from law enforcement officers with knowledge and specialized experience in ATM skimming fraud cases told me subjects commonly rent storage units in which they keep shimmer

1  devices, tools, credit card makers, and raw materials used to make
2  shimmers and tools.

3      45.   I have heard of cases in which card skimmers have embossed
4  their own names on the front of counterfeit access devices so that
5  they could use the counterfeit cards openly and with their own
6  identification cards. I know from my training and experience that
7  card skimmers and counterfeiters often reencode gift cards that have
8  no value left on them as credit or debit cards. This is both
9  convenient for them as they can get their counterfeit stock for free
10 and it makes the cards appear legitimate without elaborate additional
11 printing on them of logos and the like; the counterfeit credit and
12 debit cards simply appear to be a gift card from a store. Both these
13 techniques will likely prevent law enforcement from being able to
14 tell if the facially legitimate looking cards are actually part of
15 the skimming scheme just from seeing at them.

16     46.   Members of a criminal conspiracy must of necessity
17 communicate with one another. Commonly this is done by text, email,
18 telephone, or specialty communication application, often an encrypted
19 one such as WhatsApp, and most often by smartphone. Members of the
20 conspiracy commonly carry their smartphones, which include the
21 contact information for their co-conspirators, on or near their
22 persons, such as in their cars or residences.

23     **V.    TRAINING AND EXPERIENCE ON DIGITAL DEVICES[3]**

24     47.   Based on my training, experience, and information from
25 those involved in the forensic examination of digital devices, I know

26 _____

27     [3] As used herein, the term "digital device" includes any
electronic system or device capable of storing or processing data in
28 digital form, including central processing units; desktop, laptop,

1  that the following electronic evidence, inter alia, is often

2  retrievable from digital devices:

3         a.   Forensic methods may uncover electronic files or

4  remnants of such files months or even years after the files have been

5  downloaded, deleted, or viewed via the Internet. Normally, when a

6  person deletes a file on a computer, the data contained in the file

7  does not disappear; rather, the data remain on the hard drive until

8  overwritten by new data, which may only occur after a long period of

9  time. Similarly, files viewed on the Internet are often automatically

10 downloaded into a temporary directory or cache that are only

11 overwritten as they are replaced with more recently downloaded or

12 viewed content and may also be recoverable months or years later.

13        b.   Digital devices often contain electronic evidence

14 related to a crime, the device's user, or the existence of evidence

15 in other locations, such as, how the device has been used, what it

16 has been used for, who has used it, and who has been responsible for

17 creating or maintaining records, documents, programs, applications,

18 and materials on the device. That evidence is often stored in logs

19 and other artifacts that are not kept in places where the user stores

20 files, and in places where the user may be unaware of them. For

21 example, recoverable data can include evidence of deleted or edited

22 files; recently used tasks and processes; online nicknames and

23 passwords in the form of configuration data stored by browser, e-

24

25  _____

26 notebook, and tablet computers; personal digital assistants; wireless
    communication devices, such as paging devices, mobile telephones, and
    smart phones; digital cameras; gaming consoles; peripheral

27 input/output devices, such as keyboards, printers, scanners,
    monitors, and drives; related communications devices, such as modems,

28 routers, cables, and connections; storage media; and security
    devices.

                                    18

1  mail, and chat programs; attachment of other devices; times the
2  device was in use; and file creation dates and sequence.
3          c.   The absence of data on a digital device may be
4  evidence of how the device was used, what it was used for, and who
5  used it. For example, showing the absence of certain software on a
6  device may be necessary to rebut a claim that the device was being
7  controlled remotely by such software.
8          d.   Digital device users can also attempt to conceal data
9  by using encryption, steganography, or by using misleading filenames
10 and extensions. Digital devices may also contain "booby traps" that
11 destroy or alter data if certain procedures are not scrupulously
12 followed. Law enforcement continuously develops and acquires new
13 methods of decryption, even for devices or data that cannot currently
14 be decrypted.
15     48.  Based on my training, experience, and information from
16 those involved in the forensic examination of digital devices, I know
17 that it is not always possible to search devices for data during a
18 search of the premises for a number of reasons, including the
19 following:
20         a.   Digital data are particularly vulnerable to
21 inadvertent or intentional modification or destruction. Thus, often a
22 controlled environment with specially trained personnel may be
23 necessary to maintain the integrity of and to conduct a complete and
24 accurate analysis of data on digital devices, which may take
25 substantial time, particularly as to the categories of electronic
26 evidence referenced above. Also, there are now so many types of
27 digital devices and programs that it is difficult to bring to a
28

1 | search site all of the specialized manuals, equipment, and personnel
2 | that may be required.
3 |      b.   Digital devices capable of storing multiple gigabytes
4 | are now commonplace. As an example of the amount of data this equates
5 | to, one gigabyte can store close to 19,000 average file size (300kb)
6 | Word documents, or 614 photos with an average size of 1.5MB.
7 |    49.   The search warrant requests authorization to use the
8 | biometric unlock features of a device, based on the following, which
9 | I know from my training, experience, and review of publicly available
10 | materials:
11 |      a.   Users may enable a biometric unlock function on some
12 | digital devices. To use this function, a user generally displays a
13 | physical feature, such as a fingerprint, face, or eye, and the device
14 | will automatically unlock if that physical feature matches one the
15 | user has stored on the device. To unlock a device enabled with a
16 | fingerprint unlock function, a user places one or more of the user's
17 | fingers on a device's fingerprint scanner for approximately one
18 | second. To unlock a device enabled with a facial, retina, or iris
19 | recognition function, the user holds the device in front of the
20 | user's face with the user's eyes open for approximately one second.
21 |      b.   In some circumstances, a biometric unlock function
22 | will not unlock a device even if enabled, such as when a device has
23 | been restarted or inactive, has not been unlocked for a certain
24 | period of time (often 48 hours or less), or after a certain number of
25 | unsuccessful unlock attempts. Thus, the opportunity to use a
26 | biometric unlock function even on an enabled device may exist for
27 | only a short time. I do not know the passcodes of the devices likely
28 | to be found in the search.

1    c.   In my training and experience, the person who is in
2  possession of a device or has the device among his or her belongings
3  at the time the device is found is likely a user of the device.
4  However, in my training and experience, that person may not be the
5  only user of the device whose physical characteristics are among
6  those that will unlock the device via biometric features, and it is
7  also possible that the person in whose possession the device is found
8  is not actually a user of that device at all.  Furthermore, in my
9  training and experience, I know that in some cases it may not be
10 possible to know with certainty who is the user of a given device,
11 such as if the device is found in a common area of a premises without
12 any identifying information on the exterior of the device.  Thus, if
13 while executing the warrant, law enforcement personnel encounter a
14 digital device within the scope of the warrant that may be unlocked
15 using one of the aforementioned biometric features, the warrant I am
16 applying for would permit law enforcement personnel to, with respect
17 to every person who is located at the SUBJECT PREMISES during the
18 execution of the search: (1) depress the person's thumb- and/or
19 fingers on the device(s); and (2) hold the device(s) in front of the
20 face of the person with his or her eyes open to activate the facial-,
21 iris-, and/or retina-recognition feature.

22    50.  Other than what has been described herein, to my knowledge,
23 the United States has not attempted to obtain this data by other
24 means.

**VI.   CONCLUSION**

26    51.  Based on the facts described above, there is probable cause
27 to believe that (a) GHEORGHE and MARIA violated Title 18, United
28 States Code, Sections 1344, 1349, and 1028A, (b) that evidence of

1  those violations, plus conspiracy to launder money, in violation of

2  Title 18, United States Code, Section 1956, will be found in the

3  SUBJECT PREMISES, and (c) the DUMITRU MERCEDES is derived from

4  proceeds traceable to those offenses, and was involved in and

5  facilitated money laundering, and is therefore subject to seizure

6  pursuant to 21 U.S.C. § 853(f), 18 U.S.C. §§ 981 and 984, and 28

7  U.S.C. § 2461(c).

8

9  Attested to by the applicant in
   accordance with the requirements
10 of Fed. R. Crim. P. 4.1 by
   telephone on this ___15th___ day of
11 September, 2021.

12

13

14 _____
   UNITED STATES MAGISTRATE JUDGE

15      JACQUELINE CHOOLJIAN

16

17

18

19

20

21

22

23

24

25

26

27

28

22